

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00021-CV

GORDON DEAN HALEY, ANTON SCOTT HALEY, GORDON DEAN HALEY
AS INDEPENDENT CO-EXECUTOR OF THE ESTATE OF MARGARET L. HALEY
AND ANTON SCOTT HALEY AS INDEPENDENT CO-EXECUTOR OF
THE ESTATE OF MARGARET L. HALEY
v.
BENEFICIAL FINANCIAL I INC., SUCCESSOR BY
MERGER TO BENEFICIAL TEXAS, INC.

On Appeal from the
94th District Court of Nueces County, Texas
Trial Court Cause No. 2015-DCV-1306-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

August 26, 2021